CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CONSTELLATION NEWENERGY, INC.,

    Plaintiff,

v.

RYAN GROUP, INC. and
RYAN TRADING L.L.C.,

    Defendants.

Civil Action No. 13-1730 (FSH)(MAH)

## JUDGMENT AND ORDER

**WHEREAS**, this matter was commenced by Plaintiff, Constellation NewEnergy, Inc., by way of Complaint, filed on March 20, 2013 against Defendants, Ryan Group, Inc. and Ryan Trading L.L.C., asserting breach of contract, unjust enrichment and quantum meruit claims pursuant to a certain electricity supply agreement and seeking judgment against Defendants, jointly and severally, in the amount of $46,191.92 for unpaid charges for electricity, $33,764.80 in early termination payments, plus accruing interest, attorneys' fees and costs;

**WHEREAS**, the Parties have determined to resolve this matter amicably in the interest of conserving judicial and party resources;

**WHEREAS**, the Defendants acknowledge, admit and confess that they are jointly and severally liable to Plaintiff in the amount of $46,191.92;

**WHEREAS**, this Court has jurisdiction over this matter and venue is properly laid in this Court;

WHEREAS, the Parties, by and through their respective below-signed counsel, have stipulated and consented to the terms of this Judgment and Order;

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

**JUDGMENT** is hereby **ENTERED** in favor of Constellation NewEnergy, Inc. and against Defendants, Ryan Group, Inc. and Ryan Trading L.L.C., jointly and severally, in the amount of $46,191.92.

Hon. Faith S. Hochberg, USDJ

We hereby stipulate and consent to the terms of this Judgment and Order:

Date: December 23, 2013

**WONG FLEMING**
*Attorneys for Plaintiff*
*Constellation NewEnergy, Inc.*

Linda Wong, Esq.

Date: 12/20/13

**PRESSLER AND PRESSLER, L.L.P.**
*Attorneys for Defendants*
*Ryan Group, Inc. and Ryan Trading LLC*

Mitchell L. Williamson, Esq.

2

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____ Deputy Clerk